STATE STREET TRUST COMPANY, Respondent, v. ALWIN C. ERNST and Others, Appellants.— Order denying defendants' motion for an examination of plaintiff before trial unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CAROL A. LYNN, Appellant, v. JOHN JACOB LOEB and Others, Respondents.— Order changing the venue of the action from New York county to Nassau county unanimously reversed, with twenty dollars costs and disbursements and the action restored for trial to the county of New York. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of DEL BALSO HOLDING CORP., Appellant, for a Peremptory Mandamus Order against JOHN McKENZIE, as Commissioner of Docks of the City of New York, Respondent.— Order denying petitioner's motion for a peremptory order of mandamus directing the commissioner of docks to issue a certificate or written permit for the erection of a pier from petitioner's uplands to the deep waters of Westchester creek in front of petitioner's premises, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

VICTOR LEE and Another, Respondents, v. EDWARD STRIFFLER, Appellant.— Order, so far as appealed from, granting defendant's motion to dismiss the complaint unless the case is noticed for the November term, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Petition of MYRA DE LORME, Appellant, for a Peremptory Order of Mandamus against EMIL ALTMAN and Others, Respondents.— Order denying petitioner's motion for an order of mandamus directing the medical board of the board of education retirement system to certify that the petitioner isincapacitated and entitled to retirement, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HERBERT BERNSTEIN, Appellant, v. ABE DEL MONTE & Co., INC., Respondent. — Order sustaining objections of the defendant to questions raised during the course of the examination before trial of the defendant, unanimously reversed, with twenty dollars costs and disbursements, and the objections overruled. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of SAMUEL KAPLAN, Respondent, for an Order of Peremptory Mandamus against RENOWN DOLL WIG Co., INC., Appellant.— Order granting petitioner's motion for a peremptory order of mandamus to inspect the books, records, property and accounts of Renown Doll Wig Co., Inc., unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.